IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

LEE STURGELL,

Defendant.

CRIMINAL ACTION
NO. 15-120

**ORDER**

**AND NOW**, this 3rd day of May 2021, upon consideration of Defendant Lee Sturgell's pro se Motion for Compassionate Release (Doc. No. 67), the Government's Response in Opposition to Defendant's Motion (Doc. No. 69), Defendant's sealed medical records (Doc. No. 70), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 67) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.